1  McGREGOR W. SCOTT
   United States Attorney
2  MARIANNE PANSA
   Assistant United States Attorney
3  1130 "O" Street, Room 3654
   Fresno, California 93721
4  Telephone: (559) 498-7272
5  Attorneys for Respondents

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 01:05 CR 00383 AWI |
| MARIA OROPEZA, | ) | **STIPULATION RE: MOTION FOR CONTINUANCE AND ORDER** |
| Defendant | ) | |

### **STIPULATION**

It is hereby stipulated by and between the parties hereto, and through their attorneys of record, that the hearing on the motions currently set for **January 9, 2006, at 9:00,** be vacated and rescheduled to **March 20, 2006, at 9:00.** The parties also stipulate that the plaintiff's reply to motions filed by the defendant which is currently scheduled for **January 3, 2006**, be rescheduled to **February 24, 2006.** The defendant may file an optional reply brief by **March 10, 2006**. Finally, the parties also stipulate that time will be excluded until the next hearing on **March 20,**

///

///

///

///

///

///

1

**2006,** in the interests of justice pursuant to 18 USC § 3161 (h)(8)(A) and 18 USC § 3161(h)(8)(B)(iv).

Respectfully Submitted,

| | |
|---|---|
| /s/ Marianne A. Pansa | /s/ Richard O. Middlebrook |
| McGREGOR W. SCOTT | (Consent given to sign) |
| United States Attorney | Richard O. MIddlebrook |
| by: MARIANNE A. PANSA | Attorney for the Defendant |
| Assistant United States Attorney | MARIA OROPEZA |
| Attorney for the Plaintiff | |
| | |
| Date :  December 22, 2005 | Date : December 22, 2005 |

IT IS SO ORDERED.

**Dated:    December 23, 2005**           /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE