McGREGOR W. SCOTT
United States Attorney
MARIANNE PANSA
Assistant United States Attorney
1130 "O" Street, Room 3654
Fresno, California 93721
Telephone: (559) 498-7272
Attorneys for Respondents

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>   vs. )<br>MARIA OROPEZA, )<br>      Defendant )<br>_____ ) | No. 01:05 CR 00383 AWI<br><br>**STIPULATION RE: MOTION FOR CONTINUANCE AND ORDER** |

### STIPULATION

  It is hereby stipulated by and between the parties hereto, and through their attorneys of record, that the hearing on the motions currently set for **March 20, 2006, at 9:00,** be vacated and rescheduled to **May 1, 2006, at 9:00.** The parties also stipulate that the plaintiff's reply to motions filed by the defendant which is currently scheduled for **February 24, 2006**, be rescheduled to **April 17, 2006.** The defendant may file an optional reply brief by **April 24, 2006**.

Finally, the parties also stipulate that time will be excluded until the next hearing on **May 1,**

///

///

///

///

///

1

**2006,** in the interests of justice pursuant to 18 USC § 3161 (h)(8)(A) and 18 USC § 3161(h)(8)(B)(iv).

Respectfully Submitted,

| | |
|---|---|
| /s/ Marianne A. Pansa | /s/ Richard O. Middlebrook |
| McGREGOR W. SCOTT | (Consent given to sign) |
| United States Attorney | Richard O. MIddlebrook |
| by: MARIANNE A. PANSA | Attorney for the Defendant |
| Assistant United States Attorney | MARIA OROPEZA |
| Attorney for the Plaintiff | |
| Date : December 22, 2005 | Date : December 22, 2005 |

**ORDER**

IT IS SO ORDERED.

**Dated:   March 3, 2006**           /s/ Anthony W. Ishii
0m8i78                       UNITED STATES DISTRICT JUDGE