```
McGREGOR W. SCOTT
United States Attorney
MARIANNE PANSA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Attorneys for Plaintiff
```

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MARIA OROPEZA,<br><br>　　　　　　Defendant | No. 01:05 CR 00383 AWI<br><br>**STIPULATION RE: MOTION FOR CONTINUANCE AND PROPOSED ORDER** |

## STIPULATION

It is hereby stipulated by and between the parties hereto, and through their attorneys of record, that the hearing on the motions currently set for **June 5, 2006, at 9:00,** be vacated and rescheduled to **July 3, 2006 at 9:00.**

///
///
///
///
///
///
///
///
///

1

The parties are in the process of finalizing plea negotiations and agree that time will be excluded from this date until **July 3, 2006,** in the interests of justice pursuant to 18 USC § 3161 (h)(8)(A) and 18 USC § 3161(h)(8)(B)(iv).

Respectfully Submitted,

/s/ Marianne A. Pansa                     /s/ Richard O. Middlebrook
McGREGOR W. SCOTT                (Consent given to sign)
United States Attorney                   Richard O. MIddlebrook
by: MARIANNE A. PANSA           Attorney for the Defendant
Assistant United States Attorney    MARIA OROPEZA
Attorney for the Plaintiff

Date :  May 31, 2006                    Date : May 31, 2006

**ORDER**

IT IS SO ORDERED.

**Dated:   May 31, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                              UNITED STATES DISTRICT JUDGE